■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PRICHER, Appellant. [633 NYS2d 1009] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered June 1, 1994, convicting him of assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has failed to preserve for appellate review the issue of the legal sufficiency of the evidence *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's intent to cause "serious physical injury" to the complainant with a loaded firearm (Penal Law § 120.10; *see,* Penal Law § 265.03; *People v Bracey,* 41 NY2d 296; *People v Garland,* 177 AD2d 410). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for ap-

pellate review, and, in any event, without merit. Joy, J. P., Hart, Goldstein and Florio, JJ., concur.